**Form CGFI5** (10/10/14)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 20–24221–SMG**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Visium Technologies, Inc, a Florida Profit Corporation
aka NuState Energy Holdings, Inc

c/o Kevin Yates, Registered Agent
401 E. Las Olas Blvd.
STE 130–128
Ft. Lauderdale, FL 33301

EIN: 87–0449667

# SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11, United States Code was filed against you in this bankruptcy court on **December 31, 2020**, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

**YOU ARE SUMMONED** and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A motion to convert by the debtor in an involuntary chapter 7 proceeding shall be deemed a consent to entry of an order for relief under the chapter to which the case is being converted (Local Rule 1013–1(B)). A copy of the petition is attached.

Address of the clerk:
**Federal Building**
**299 E Broward Blvd, Room 112**
**Ft Lauderdale FL 33301**

At the same time, you must also serve a copy of your motion or answer upon the petitioner's attorney.

Name and Address of Petitioner's Attorney:
Ronald S Kaniuk, Esq.
1615 S. Congress Avenue Suite 103
Delray Beach, FL 33445

If you make a motion, your time to answer is governed by Federal Rules of Bankruptcy Procedure 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

**Dated: 1/4/21**

**CLERK OF COURT**
By: Desiree Grooms
Deputy Clerk

## CERTIFICATION OF SERVICE

I, _____ (name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by:

☐   Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐   Personal Service: By leaving the process with debtor or with an officer or agent of debtor at:

☐   Residence Service: By leaving the process with the following adult at:

☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the debtor at:

☐   Publication: The debtor was served as follows: [Describe briefly]

☐   State Law: The debtor was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____        Signature: _____

| Print Name: | | |
| --- | --- | --- |
| Address: | | |
| City: | State: | Zip: |

*Page 2 of 2*